COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
**COOPER, COOPER & MORRIS**
800 Jones Street
Berkeley, CA 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
GIOVONNI GAINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00621-YGR |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| GIOVONNI GAINES, | |
| Defendant. | |

This matter is currently set for a sentencing hearing on Thursday, July 11, 2019 at 1:00 p.m. The parties hereby stipulate to vacate that date and reset the sentencing hearing for Thursday, July 18, 2019, at 11:00 a.m.

**IT IS SO STIPULATED.**

Dated: April 30, 2019          _____/s/_____
                               COLIN L. COOPER
                               Attorney for GIOVONNI GAINES

Dated: April 30, 2019          _____/s/_____
                               ELISE LaPUNZINA
                               Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>GIOVONNI GAINES,<br><br>　　　　Defendant. | Case No. 18-CR-00621-YGR<br><br>[~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING |

For the reasons stated above, the Court continues the above-entitled matter to Thursday, July 18, 2019, at the hour of 11:00 a.m.

**IT IS SO ORDERED.**

DATED: April 30, 2019

　　　　　　　　　　　　　　　　　　　_/s/ Yvonne Gonzalez Rogers_
　　　　　　　　　　　　　　　　　　　HONORABLE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE