COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
**COOPER, COOPER & MORRIS**
800 Jones Street
Berkeley, CA 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
GIOVONNI GAINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00621-YGR |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| GIOVONNI GAINES, | |
| Defendant. | |

**(REPLACEMENT PAGES 35 AND 36 OF**

**SENTENCING MEMORANDUM EXHIBIT A FILED JULY 11, 2019)**



84 Bolivar Drive
Berkeley, CA 94710
510-644-2577
watersideworkshops.org

June 5, 2019

**RE: Giovonni Gaines**

Dear Judge Rogers:

Unlike most of Giovonni Gaines's family and circle of supporters, I see Gio only occasionally, about twice a year when I travel from my home in Indiana to California for board meetings at Waterside Workshops where Gio works.

It's on the basis of these extended visits—when I spend days or even a couple weeks as a participant-observer collecting data on the learning that happens in Waterside's workshops—that I have gotten to know Gio over the years. Moreover, as teacher and cognitive scientist, I know Gio in the way experienced teachers who have worked with countless students learn to judge character as they watch people grow and develop over time.

Gio is a young man from a modest, unprivileged background who possesses a high degree of social, emotional, and analytical intelligence. He has used that intelligence to build a professional identity as a skilled bicycle mechanic, first at Waterside, then more recently at Trek Bicycles, a world leader in bicycle manufacturing and marketing.

At Waterside, Gio also trains novice mechanics. Watching Gio patiently explain and demonstrate bicycle mechanics to trainees or to customers provides an especially revealing window into his personality. He displays a skillful give and take in communicating, in both his professional and personal interactions. He listens and observes thoughtfully, then speaks softly in clear, insightful terms. On one particularly fast-paced group bike ride earlier this year Gio demonstrated a gentle leadership style, both athletically and socially. His agility and speed were unmatched, yet he did not flaunt his power. He modestly kept the group together and made us all feel like accomplished cyclists.

At the core of Waterside's strategy in helping young people like Gio find their way is a focus on cultivating creative problem solvers. Waterside teaches how to frame problems constructively and how to find common ground solutions. Gio is our best example of a Waterside graduate who practices these problem solving principles, in the face of both stubborn mechanical problems and challenging personal relations.

It's clear that despite his generally thoughtful manner, Gio can be impulsive like most young males. His current experience with the justice system, however, has made him even more circumspect. This is an unusually impressionable young man. I see him facing his near-term

future with customary awareness and alertness. I can't know exactly what's in this young man's head, but I strongly suspect he has profoundly considered the consequences of his actions and will emerge from this experience with a much deeper understanding of his community and a stronger sense of responsibility.

Sincerely,

Charles F. Hammond, PhD
President, Board of Directors, Waterside Workshops

Management Consultant in Work-based Learning